# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

JOHN WESLEY LOWE, :
:
  Petitioner :
:
    v. : 5:98-CR-104 (WDO)
: 5:06-CV-359 (WDO)
UNITED STATES OF AMERICA, :
:
  Respondent :

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to deny Petitioner's motion for sentence reduction. Having carefully considered the Recommendation, and Petitioner's objections thereto, the Recommendation is ADOPTED and made the order of the Court. The Guideline Amendments Petitioner seeks to apply to his sentence are not applicable to Petitioner's sentence and do not provide an avenue for this Court to reduce his sentence. Petitioner did not stipulate to *more serious offenses* in his plea agreement, as he has argued. Rather, he stipulated to similar offenses. Petitioner's sentence was therefore correctly calculated and the motion to reduce his sentence is DENIED.

SO ORDERED this 5th day of December, 2006.


S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**