IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN WESLEY LOWE, : | |
| Petitioner : | |
| VS. : | NO. 5:98-CR-104 (WDO) |
| UNITED STATES OF AMERICA, : | |
| Respondent : | **O R D E R** |

Before the Court is petitioner **JOHN WESLEY LOWE'S** notice of appeal (Tab # 254) from the Court's December 5, 2006 order (Tab # 252), which denied petitioner's motion to modify his sentence pursuant to 18 U.S.C. § 3582(c). He has filed a motion for certificate of appealability ("COA") in conjunction with this appeal (Tab # 255); however, a COA is not necessary to the appeal of a motion filed pursuant to 18 U.S.C. § 3582(c).

Also before the Court is petitioner's motion for leave to proceed *in forma pauperis* on appeal (Tab # 267). Because petitioner has failed to show that he will raise a non-frivolous issue on appeal, his motion to proceed IFP on appeal is **DENIED**. If petitioner wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee.

**SO ORDERED**, this 3rd day of January, 2007.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

cr